Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARJIT SINGH,<br><br>            Petitioner,<br>v<br><br>WILLIAM P. BARR, *et al.*,<br><br>            Respondents. | CASE NO.  C20-0655 RSM-BAT<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Noted for Consideration on:<br>June 24, 2020 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action with each party to bear their own fees or costs for the reason that Petitioner Singh was granted asylum at the conclusion of his Immigration Court hearing on June 22, 2020.  A copy of the Immigration Court order is attached.

//
//
//

STIPULATION AND ORDER OF DISMISSAL
C20-0655 RSM-BAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

DATED this 24th day of June, 2020.

          */s/ Mark B. Nerheim*
          MARK B. NERHEIM, WSBA #35345
          Law Offices of Mark B. Nerheim
          600 First Avenue, Suite 529
          Seattle, WA 98104
          Phone:  206-228-3672
          Email:  marknerheim@aol.com
          *Attorney for Petitioner*

          BRIAN T. MORAN
          United States Attorney

          */s/ Michelle R. Lambert*
          MICHELLE R. LAMBERT, NYS #4666657
          Assistant United States Attorney
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington  98101-1271
          Phone:  206-553-7970
          Email:  michelle.lambert@usdoj.gov
          *Attorneys for Respondents*

STIPULATION AND ORDER OF DISMISSAL
C20-0655 RSM-BAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED.  The case is dismissed with prejudice.

SO ORDERED.

DATED this __8th__ day of ____July____, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
C20-0655 RSM-BAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970